## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas J. Harclerode, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 305 C.D. 2017 |
| | : | |
| Everett Area School District | : | |
| Superintendent | : | |
| and School Board | : | |

## **O R D E R**

NOW, April 5, 2018, having considered appellant's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge